United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10
11   CICILY BRANCH,                                        No. C-14-03846 DMR
12           Plaintiff(s),                                 **ORDER RE CHAMBERS COPIES**
13      v.
14   SAN  FRANCISCO  VETERANS
     ADMINISTRATION  MEDICAL  CENTER,
15
16           Defendant(s).
     _____/
17
         PLEASE TAKE NOTICE that the chambers copies of Defendant's motion to dismiss and
18
supporting documents (Docket Nos. 22, 22-1, 23) were submitted in a format that is not usable by
19
the court.
20
         The chambers copy is not usable because it
21
         ( )    consists of a stack of loose paper wrapped with a rubber band;
22
         ( )    consists of a stack of loose paper fastened with a binder clip or a paper clip;
23
         ( )    is too thick to permit secure fastening with a staple, and is fastened with a
24
                brad-type fastener that is too short for the thickness of the document;
25
         (X)    has no tabs for the exhibits;
26
         ( )    includes exhibits that are illegible;
27
         ( )    includes exhibits that are unreadable because the print is too small;
28

<div style="float:left">**United States District Court**
For the Northern District of California</div>

1      ( )     includes text and/or footnotes in a font smaller than 12 point;

2      ( )     includes portions or exhibits that are redacted because the submitting party

3               has requested leave to file those portions under seal; or

4      ( )     is not usable for another reason ___.

5      The court has recycled the paper used for the above-described chambers copy.  **By no later than March 4, 2015,** Defendant shall submit a chambers copy of the document in a format that is usable by the court.



9      IT IS SO ORDERED.

11 Dated:  February 26, 2015

                                           DONNA M. RYU
                                           United States Magistrate Judge